United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON D. FREEMAN, | No. C 07-2729 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STATE OF CALIFORNIA SAN QUENTIN STATE PRISON, | |
| Defendant. / | |

This action is dismissed without prejudice to plaintiff filing a new action after he exhausts administrative remedies for his claim.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 14, 2007

SUSAN ILLSTON
United States District Judge